No. 930, Misc. EARL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 936, Misc. GEORGEV *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 1029, Misc. HIATT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Richard Bruckner* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States.

No. 1032, Misc. POOR *v.* FRYE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 1096, Misc. SHYVERS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Frederic A. Johnson* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg, Jerome M. Feit* and *Robert G. Maysack* for the United States.

No. 1141, Misc. VICTORIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 1152, Misc. RUIZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 627, Misc. SAPERITO *v.* IOWA. Sup. Ct. Iowa. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Richard C. Turner,* Attorney General of Iowa, and *David A. Elderkin,* Assistant Attorney General, for respondent.